# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA FAYE NUNES,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-01741-BAM<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Docs. 2 and 3) |

  Plaintiff Sandra Faye Nunes ("Plaintiff") is proceeding with counsel in this matter, which seeks review of a decision of the Commissioner of Social Security. Plaintiff initiated this action on December 13, 2019, and filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Docs. 1, 2).

  Upon consideration of Plaintiff's application to proceed *in forma pauperis*, the Court issued findings and recommendations that the application be denied, and that Plaintiff be required to pay the $400.00 filing fee in full to proceed with this action. (Doc. 3.) Following issuance of the findings and recommendations, Plaintiff paid the $400.00 filing fee in full. Accordingly, the

1

findings and recommendations issued on January 9, 2020 (Doc. 3) are HEREBY VACATED, and Plaintiff's pending application to proceed *in forma pauperis* (Doc. 2) is DENIED as moot.

IT IS SO ORDERED.

Dated: **January 27, 2020**      /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE