1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA FAYE NUNES,<br><br>                   Plaintiff,<br><br>         v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                   Defendant. | 1:19-cv-01741-DAD-BAM<br><br>NEW CASE NUMBER:<br><br>**1:19-cv-01741-BAM**<br><br>**ORDER REASSIGNING CASE** |

        All parties in the above-captioned case have consented to magistrate judge jurisdiction

over this action for all purposes, including trial and entry of final judgment, pursuant to 28 U.S.C.

§636(c)(1). (Doc. Nos. 9, and 13.) Accordingly, this court reassigns this action to the docket of

United States Magistrate Judge Barbara A. McAuliffe for all further proceedings, including trial

and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).

        To prevent a delay in documents being received by the correct judicial officer, the new

case number listed below should be used on all future documents filed in this action.

**1:19-cv-01741-BAM**

IT IS SO ORDERED.

    Dated:    **July 13, 2020**                                                                    
                                                    UNITED STATES DISTRICT JUDGE

1