MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| SANDRA F. NUNES,<br><br>         Plaintiff,<br><br>     vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>         Defendant. | Case No.: 1:19-cv-01741-BAM<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF.** |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, and with the approval of the Court, to extend the time for Defendant to file and serve his Opposition to Plaintiff's Opening Brief from October 12, 2020 to **November 12, 2020**. Good cause exists to grant Defendant's request. Since July, Counsel for Defendant ("Counsel") has had two family deaths, as well as a recent death of a friend last month due to COVID-19 complications. Counsel has been out on intermittent family and bereavement leave to be with her family during this difficult time. As a result, Counsel became behind on her heavy caseload. Currently, Counsel has over 100+ active social security matters with two or more dispositive motions due per week until late October. Due to Counsel's unexpected leave and heavy caseload, Counsel needs

1  additional time to respond to the issues raised by Plaintiff's Opening Brief.  Counsel is also
2  expected to be out of the office on the date of the current filing deadline.  This is Defendant's
3  first request for an extension.  The parties further stipulate that the Court's Scheduling Order
4  shall be modified accordingly. Defendant makes this request in good faith with no intention to
5  unduly delay the proceedings.

                                            Respectfully submitted,

Dated: September 30, 2020        /s/  Jonathan Pena
                                         (*as authorized by email on September 29, 2020)
                                         JONATHAN PENA
                                         Attorney for Plaintiff

Dated:  September 30, 2020       MCGREGOR W. SCOTT
                                         United States Attorney
                                         DEBORAH LEE STACHEL
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration

                               By     /s/  Tina L. Naicker
                                         TINA L. NAICKER
                                         Special Assistant U.S. Attorney
                                         Attorneys for Defendant

## **ORDER**

        Pursuant to the parties' stipulation, and good cause appearing, Defendant's request for an extension of time to file a response to Plaintiff's Opening Brief is GRANTED.  Defendant's response shall be filed on or before November 12, 2020.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

   Dated:   **October 1, 2020**                        /s/ Barbara A. McAuliffe
                                                     UNITED STATES MAGISTRATE JUDGE