MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

|  |  |
|---|---|
| SANDRA F. NUNES, | Case No.: 1:19-cv-01741-BAM |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF.** |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, and with the approval of the Court, to extend the time for Defendant to file and serve his Opposition to Plaintiff's Opening Brief from November 12, 2020 to **November 19, 2020**.  Good cause exists to grant Defendant's request.  While Counsel attempted to diligently finalize Defendant's response, Counsel has had an exacerbation of her wrist/hand issues and carpal tunnel syndrome, which has necessitated in additional testing and work restrictions (pending further evaluation by Counsel's specialist). As a result, Counsel had to take leave to go to the doctor for her hand/wrist issues. Due to Counsel's leave and heavy caseload, Counsel needs additional time to respond to the issues raised by Plaintiff's Opening Brief.  This is Defendant's second request for an

extension.  The parties further stipulate that the Court's Scheduling Order shall be modified

accordingly. Defendant makes this request in good faith with no intention to unduly delay the

proceedings.

Respectfully submitted,

Dated:  November 12, 2020          /s/  Jonathan Pena_____
                                  (*as authorized by email on November 12, 2020)
                                  JONATHAN PENA
                                  Attorney for Plaintiff


Dated:  November 12, 2020          MCGREGOR W. SCOTT
                                  United States Attorney
                                  DEBORAH LEE STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration


                          By     /s/  Tina L. Naicker_____
                                  TINA L. NAICKER
                                  Special Assistant U.S. Attorney
                                  Attorneys for Defendant


## ORDER

Pursuant to the parties' stipulation, and good cause appearing, Defendant's request for an

extension of time to file a response to Plaintiff's opening brief is GRANTED. Defendant's

response shall be filed on or before November 19, 2020. All other deadlines in the Court's

Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **November 13, 2020**          ___/s/ Barbara A. McAuliffe___

                                  UNITED STATES MAGISTRATE JUDGE